No. 78–6081.   LADANY *v.* OVERBERG, CORRECTIONAL SUPER-
INTENDENT.   C. A. 6th Cir.   Certiorari denied.

No. 78–6116.   BLANDING *v.* UNITED STATES.   C. A. 6th Cir.
Certiorari denied.

No. 78–6165.   LYONS *v.* UNITED STATES.   C. A. 1st Cir.
Certiorari denied.

No. 78–6177.   JOHN ET AL. *v.* UNITED STATES.   C. A. 5th
Cir.   Certiorari denied.

No. 78–6183.   PLATEL *v.* YOUNG, CHIEF JUDGE, U. S. DIS-
TRICT COURT.   C. A. 5th Cir.   Certiorari denied.

No. 78–6295.   NATSON *v.* GEORGIA.   Sup. Ct. Ga.   Certio-
rari denied.

No. 78–6297.   HOLSEY *v.* MANDEL.   C. A. 4th Cir.   Certio-
rari denied.

No. 78–6305.   COFFEY *v.* NORTH CAROLINA.   C. A. 4th Cir.
Certiorari denied.

No. 78–6306.   HULING *v.* OHIO.   Ct. App. Ohio, Summit
County.   Certiorari denied.

No. 78–6307.   MILLER *v.* CALIFORNIA.   Ct. App. Cal., 2d
App. Dist.   Certiorari denied.

No. 78–6309.   QUEEN ET AL. *v.* LEEKE, CORRECTIONS COM-
MISSIONER, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 78–6311.   GREEN *v.* WHITE, TRAINING CENTER SUPER-
INTENDENT.   C. A. 8th Cir.   Certiorari denied.